NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CIT COMMUNICATIONS FINANCE CORP. ) <br><br> Plaintiff, <br><br> v. <br><br> HOMEBOUND MORTGAGE, INC., GARY W. TUORILA AND JUDITH C. TUORILA, <br><br> Defendant. | Civil Action No. 04-5321 (GEB) <br><br> **ORDER** |

**BROWN, Chief Judge**

    This matter having come before the Court upon the Motion for Summary Judgment of Plaintiff CIT Communications Finance Corp. ("CIT" or "Plaintiff") and the Cross-Motions for Partial Summary Judgment and for Sanctions of Defendants Homebound Mortgage, Inc. ("Homebound"), Gary Tuorila ("Gary") and Judith Tuorila ("Judith") (collectively, "Defendants"); and the Court having decided the motion based on the parties' submissions and without oral argument pursuant to Federal Rule of Civil Procedure 78; and for the reasons set forth in the Memorandum Opinion accompanying this Order;

    IT IS THIS 11th day of October, 2006

    ORDERED that CIT's Motion for Summary Judgment as to Gary and Judith's liability under the G3R Lease is DENIED; and

    ORDERED that CIT's Motion for Summary Judgment as to Gary and Judith's liability under the Prologix Lease is GRANTED; and

ORDERED that CIT's Motion for Summary Judgment as to Homebound's liability under the G3R and Prologix Leases is GRANTED; and

ORDERED that Defendants' Motion for Partial Summary Judgment is GRANTED; and

ORDERED that Defendants' Motion for Sanctions is DENIED, without prejudice.

      s/ Garrett E. Brown, Jr.
GARRETT E. BROWN, JR., U.S.D.J.